164 So. 915

**Tony DE GEORGE, alias Digiorgio, v. STATE.**

6 Div. 775.

Court of Appeals of Alabama.
Dec. 17, 1935.

SAMFORD, Judge.
Affirmed.

164 So. 915

**Dave DEJARNETTE v. STATE.**

5 Div. 981.

Court of Appeals of Alabama.
Nov. 26, 1935.

SAMFORD, Judge.
Appeal dismissed.

167 So. 919

**Charlie DENNISON v. STATE.**

6 Div. 987.

Court of Appeals of Alabama.
April 7, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

173 So. 918

**Robert DEVANEY v. STATE.**

8 Div. 431.

Court of Appeals of Alabama.

March 2, 1937.
Rehearing Stricken March 23, 1937.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 919

**Dock DICKERSON v. STATE.**

I Div. 232.

Court of Appeals of Alabama.
April 14, 1936.

RICE, Judge.
Affirmed.

164 So. 915

**Elmer, alias Slim, DICKEY v. STATE.**

8 Div. 149.

Court of Appeals of Alabama.
Dec. 17, 1935.

Bradshaw & Barnett, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

It is enough to say that the court has read the entire evidence in this case, sitting in banc.

We are of the opinion that it contravenes in no way our holdings in the cases of Dickey v. State, 22 Ala.App. 375, 115 So. 848, and Davis v. State (Ala.App.) 160 So. 266,[1] to hold, as we do here, that the evidence amply supported the verdict returned and the judgment rendered thereon.

The said judgment is affirmed.
Affirmed.

168 So. 904

**Beatrice DILL v. STATE.**

6 Div. 925.

Court of Appeals of Alabama.
May 5, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

[1] 26 Ala.App. 370.